

IN THE
TENTH COURT OF APPEALS

_____

No. 10-16-00405-CR

IN RE DEMARCUS DONTRELL RIDGE

_____

Original Proceeding

## ORDER DISMISSING REHEARING

The Court denied Demarcus D. Ridge's petition for writ of mandamus on December 7, 2016. A motion for rehearing, if any, was due by December 22, 2016. *See* TEX. R. APP. P. 49.1 (motion for rehearing may be filed within 15 days after court's judgment). Ridge filed a motion for reconsideration, which we deem to be a motion for rehearing, on January 4, 2017. It is untimely.

Accordingly, Ridge's motion for reconsideration is dismissed.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion dismissed
Order issued and filed January 18, 2017

